**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Holding a Criminal Term

Grand Jury Sworn in on November 12, 2010

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| DANIEL ZINTURA FLORES, | : | VIOLATIONS: |
| HENRY MOISES GOMEZ LOPEZ, | : | 21 U.S.C. § 846 |
| WALTER DAVID AVALOS-LOPEZ, | : | (Conspiracy to Distribute and Possess |
| DANIEL ZINTURA, Jr. | : | with Intent to Distribute Five |
| ANTHONY ANTOINE JONES, | : | Kilograms or More of Cocaine and 28 |
| JAY DOMINQUE ISAACS, | : | Grams or More of Cocaine Base) |
| ERIC JAG KAPOOR, | : | 21 U.S.C. § 841(a)(1) and 841(b)(1(C) |
| ALEX JEROME JOHNSON, | : | Unlawful Distribution of Cocaine) |
| DIRK TERRANCE JAMES, | : | 21 U.S.C. § 841(a)(1) and 841(b)(1(B)(iii) |
| also known as "DJ", | : | (Unlawful Distribution of 28 Grams or |
| BRANDON ALEXANDER WEBB, and | : | More of Cocaine Base) |
| CHE RASHA MILLER, | : | 21 U.S.C. § 853 |
| | : | (Criminal Forfeiture) |
| Defendants. | : | |
| | : | **UNDER SEAL** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Between on or about August 2011 through on or about May 8, 2012, within the District of Columbia and elsewhere, **DANIEL ZINTURA FLORES, HENRY MOISES GOMEZ LOPEZ, WALTER DAVID AVALOS-LOPEZ, DANIEL ZINTURA, Jr., ANTHONY ANTOINE JONES, JAY DOMINQUE ISAACS, ERIC JAG KAPOOR, ALEX JEROME JOHNSON, DIRK TERRANCE JAMES,** also known as "DJ"**, BRANDON ALEXANDER WEBB**, and **CHE RASHA MILLER,** did knowingly and willfully combine, conspire, confederate and agree together

and with other persons known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute mixtures and substances containing a detectable amount of cocaine and cocaine base, also known as crack, Schedule II narcotic drug controlled substances and the said mixtures and substances were respectively five kilograms or more and 28 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(B)(iii).

**(Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine and 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

On or about August 23, 2011, within the District of Columbia, **JAY DOMINQUE ISAACS,** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT THREE

On or about August 30, 2011, within the District of Columbia, **JAY DOMINQUE ISAACS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the said mixtures and substances were 28 grams or more.

(**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT FOUR

On or about September 9, 2011, within the District of Columbia, **JAY DOMINQUE ISAACS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the said mixtures and substances were 28 grams or more.

(**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT FIVE

On or about November 9, 2011, within the District of Columbia, **JAY DOMINQUE ISAACS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the said mixtures and substances were 28 grams or more.

(**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT SIX

On or about November 21, 2011, within the District of Columbia, **JAY DOMINQUE ISAACS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the said mixtures and substances were 28 grams or more.

(**Unlawful Distribution of 28 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## CRIMINAL FORFEITURE ALLEGATION

1.      The offenses charged in Counts One through Six of this Indictment are re-alleged and incorporated by reference hereby, as if set forth in full herein, for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the said offenses, each and all of the defendants charged in Counts One through Six of this Indictment shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853: (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations charged in Counts One through Six; and (2) any of the said defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the conspiracy violations charged in Counts One through Six, including but not limited to:

**Money Judgment**:

> judgment in favor of the United States for a sum of money equal to the total value of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations alleged in Counts One through Six, for which the defendants are jointly and severally liable.

3.      By virtue of the commission of the felony offenses charged in Counts One through Six of this Indictment, any and all interest that any or all of the said defendants have in (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations charged in Counts One through Six of this Indictment; and (2) any of the said defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate

the commission of the violations charged in Counts One through Six, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

4. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the said defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants up to the value of the property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.